UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER KELLER, | ) Case No.: 2:16-cv-05042-PA-SS |
|---|---|
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS FURTHER ORDERED that the Motion Attorney Fees and Expenses Under the Equal Access To Justice Act filed on February 7, 2018, at docket 37 is vacated in light of the stipulation.

DATE: 2/22/18

_____/S/_____
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Christopher Keller